JANUARY 21, 1993

No. 92–61. ACKERMAN *v.* CITIBANK (ARIZONA). C. A. 9th Cir. Certiorari dismissed under this Court's Rule 46.1.

JANUARY 22, 1993

No. 92–298. HART HOLDING CO. INC. ET AL. *v.* DREXEL BURNHAM LAMBERT GROUP, INC., ET AL. C. A. 2d Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 25, 1993

No. 90–1092. HUBER ET AL. *v.* CASABLANCA INDUSTRIES, INC. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.

JANUARY 26, 1993

No. A–563 (92–7351). MONTOYA *v.* TEXAS. Ct. Crim. App. Tex. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, granted pending the disposition by this Court of the petition for writ of certiorari. Should the petition for writ of certiorari be denied, this stay terminates automatically. In the event the petition for writ of certiorari is granted, this stay shall continue pending the issuance of the mandate of this Court.